632

County Court denying a motion to vacate a judgment of conviction rendered on November 21, 1956, without a hearing.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

ROCHESTER POSTER ADVERTISING CO., INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 36901.)

Oral application for leave to appeal to the Court of Appeals granted. (Appeal from a judgment of the Court of Claims for claimant on a claim for damages for leasehold interest, value of billboard structures and removal costs.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ. [27 Misc 2d 99.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WATERSON, Alias WILLIAM AMIL JANDA, Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

DARRELL SCHIAVI, an Infant, by PETER SCHIAVI, His Guardian ad Litem, et al., Respondents, v. FLORENCE C. REED, as Trustee of the Will of LORIN L. REED, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of RAICHLE, MOORE, BANNING & WEISS, Respondent, v. COMMONWEALTH FINANCIAL CORPORATION, Appellant.—

Memorandum: During the argument of the appeal the attorney for the defendant-appellant stated in plain and concise language that on behalf of his client he conceded that the plaintiffs-respondents had rendered some services for which they were entitled to be paid reasonable compensation out of the fund upon which the lien has attached. In view of this, we deem it appropriate to grant the motion to resettle our order. Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

In the Matter of JULIUS ZIMMERMAN, Doing Business as NEW HARLEM GRILL, Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the STATE LIQUOR AUTHORITY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of DINAH R. ROSENBLATT.— Application for reinstatement as attorney and counselor at law denied. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE BARTLAM v. ROBERT E. MURPHY, as Warden of Auburn Prison (Neal McCurn, Esq.). (B) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE A. BERRY (George Valette, Esq.). (C) THE PEOPLE OF THE STATE OF NEW YORK v. CLIFFORD L. BURGETT (Edward H. Lomber, Esq.). (D) THE PEOPLE OF THE STATE OF NEW YORK v. HUBERT RICHARD CARR (Verner Love, Jr., Esq.). (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID COHEN v. ROBERT E. MURPHY, as Warden of Auburn Prison (Bruno L. Cambrareri, Esq.). (F) THE PEOPLE OF THE STATE OF NEW YORK v. PAUL N. EASTMAN (George Schaeffer, Jr., Esq.). (G) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER EDWARDS (Graham Smith, Esq.). (H) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HILL v. WALTER H. WILKINS, as Warden of Attica Prison (Samuel Battaglia, Esq.). (I) THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW J. LAMBERT (Chad Robinson, Esq.). (J) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM W. NUNEMAKER (Peter Costa, Esq.). (K) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH PETERSON (Morton Mendelsohn, Esq.). (L) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM STALLWORTH (Morton Mendelsohn, Esq.). (M) THE PEOPLE OF THE STATE OF NEW YORK v. CLIFFORD THOMAS (John Cooney, Esq.). (N) THE PEOPLE OF THE STATE OF NEW YORK